Jonathan A. Stieglitz  (SBN 278028)
jonathan.a.stieglitz@gmail.com
THE LAW OFFICES OF
JONATHAN A. STIEGLITZ
11845 W. Olympic Blvd., Suite 800
Los Angeles, California 90064
Telephone:    (323) 979-2063
Facsimile:     (323) 488-6748

Attorney for Plaintiff
Eva Hernandez

Jeff Poole
jpoole@hamricklaw.com
HAMRICK & EVANS, LLP
Attorneys for Defendant
Optio Solutions, LLC dba Qualia Collection Services,

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Eva Hernandez, individually and on behalf of all others similarly situated,<br><br>Against<br><br><br>Optio Solutions, LLC dba Qualia Collection Services, | Case No. 3:23-CV-00183-AJB-MSB<br><br>**The Hon. Anthony J. Battaglia**<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE [FRCP Rule 41(a)(1)(A)(ii)]**<br><br>Complaint Filed:  1/31/2023 |

IT IS HEREBY STIPULATED by and between Plaintiff Eva Hernandez ("Plaintiff") and Defendant Optio Solutions, LLC dba Qualia Collection Services ("Defendant") by and through their respective counsel of record, that all claims and causes of action against Defendant alleged therein, be and hereby are dismissed with prejudice in accordance with the Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), with the parties to bear their own fees and costs.

| | | |
|---|---|---|
| 1 | Undersigned counsel represent that they are fully authorized by their respective clients to | |
| 2 | enter into this Stipulation of Dismissal with Prejudice | |
| 3 | DATED: May 22, 2023 | THE LAW OFFICES OF JONATHAN A. STIEGLITZ |
| 4 | | |
| 5 | | By:   /s/Jonathan A. Stieglitz |
| 6 | | Jonathan A. Stieglitz<br>Attorneys for Plaintiff |
| 7 | | Benjamin Pugh |
| 9 | | |
| 10 | DATED: May 22, 2023 | Hamrick & Evans, LLP |
| 11 | | By:   /s/Jeff Poole |
| 12 | | Jeff Poole<br>Attorneys for Defendant<br>Optio Solutions, LLC dba Qualia Collection |
| 13 | Services | |

Stipulation of
Dismissal With Prejudice
Case No. 3:23-cv-00183